UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

HEIDI SUE DILLENBACH,     CV 05-1949-ST

        Plaintiff,     ORDER

    v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

        Defendant.

_____

REDDEN, Judge:

      On March 20, 2007, Magistrate Judge Stewart filed her Findings and Recommendation (doc. 21) that the Commissioner's decision should be reversed and remanded pursuant to 42 U.S.C. § 405(g) for the calculation and award of benefits. The matter is now before me. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. See 28 U.S.C. § 636(b)(1)(C); Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-75 (9th Cir. 1996). Having

PAGE 1 - ORDER

reviewed the legal principles <u>de</u> <u>novo</u>, I find no error.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (doc. 21) that the Commissioner's decision should be REVERSED and REMANDED for the calculation and award of benefits.

IT IS SO ORDERED.

DATED this <u> 23rd </u> day of April, 2007.

<u>/s/ James A. Redden</u><br>
James A. Redden<br>
United States District Judge