Alan Stuart Graf, OSB # 92317
alan@hippielawyer.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| HEIDI DILLENBACH | CV 05-1949-ST |
| Plaintiff, | |
| v. | ORDER FOR EAJA ATTORNEY FEES |
| JO ANNE B. BARNHART<br>Commissioner of Social Security, | |
| Defendant. | |

Based upon the stipulation of the parties, the Commissioner is ordered to pay $5,418.34 for Equal Access to Justice Act (EAJA) attorney fees to Plaintiff in care of Plaintiff's attorney . No costs are awarded to either party..

It is so ordered:

DATED 05.01.07

United States ~~Magistrate~~ District Judge

Prepared as to form

/s/   Alan Graf
Attorney for Plaintiff

ORDER